### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Baber, Billy E

Printed: 11/25/08

Case Number: 08 B 14945
Judge: Hollis, Pamela S
Filed: 6/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: September 29, 2008
Confirmed: September 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,076.92 |  |
| Secured: |  | 390.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,324.00 |
| Trustee Fee: |  | 262.00 |
| Other Funds: |  | 100.92 |
| Totals: | 4,076.92 | 4,076.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 3,324.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,778.00 | 15.00 |
| 4. | Prestige Financial Services | Secured | 22,965.94 | 375.00 |
| 5. | Bank Of New York | Secured | 10,347.32 | 0.00 |
| 6. | Payday Loan | Unsecured | 1,922.04 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 425.23 | 0.00 |
| 8. | Armor Systems Co | Unsecured | 82.80 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 1,024.84 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 1,451.03 | 0.00 |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | I C Systems Inc | Unsecured | | No Claim Filed |
| 13. | Beneficial | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | Check Into Cash | Unsecured | | No Claim Filed |
| 16. | Certified Services | Unsecured | | No Claim Filed |
| 17. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 18. | I C Systems Inc | Unsecured | | No Claim Filed |
| 19. | Advance America | Unsecured | | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 21. | Master Card | Unsecured | | No Claim Filed |
| 22. | Payday Loan | Unsecured | | No Claim Filed |
| 23. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| | | | $ 44,321.20 | $ 3,714.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Baber, Billy E

Printed: 11/25/08

Case Number:  08 B 14945

Judge:  Hollis, Pamela S

Filed:  6/11/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 6.5% | 27.11 |
| 6.6% | 234.89 |
|  | $ 262.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

